THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIV LR 5.4_
(Rule Number/Section)

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326



✓ FILED    ___ LODGED
___ RECEIVED    ___ COPY

JAN 2 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **DANIEL T. DORIA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT HAWS, MICHAEL MONGINI,** ) (Fair Housing Act, Civil Rights Conspiracy, **GUST ROSENFELD, P.L.C.,** ) Arizona RV Act Retaliation, Abuse of Process) **HAPPY JACK LODGE, LLC,** ) **COTTONWOOD SPRINGS RV, LLC,** and **BRITTNEY WALSH,** )<br><br><br><br>Defendants. | **Case No.: 3:26-cv-08003**<br><br>**NOTICE OF FILING STATE COURT RECORD**<br><br>**(1) Violation of Fair Housing Act (42 U.S.C. § 3601 et seq.)**<br>**(2) Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985(3))**<br>**(3) Retaliation (42 U.S.C. § 3617)**<br>**(4) Abuse of Process**<br>**(5) Violation of Arizona RV Long-Term Rental Space Act (A.R.S. § 33-2101 et seq.)** |

**TO THE CLERK OF COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to **28 U.S.C. § 1446(a)** and **Local Rule of Civil Procedure 3.6**, Plaintiff Daniel T. Doria (who is the Defendant in the removed state court action) hereby files true and correct copies of all process, pleadings, and orders served upon him in the state court action known as *Cottonwood Springs RV, LLC v. Doria*, Case No. J1302CV2026000011, formerly pending in the Verde Valley Justice Court.

The following documents constitute the State Court Record and are attached hereto as Exhibits:

**INDEX OF EXHIBITS**

- **Exhibit A:** State Court Eviction Complaint (*Cottonwood Springs RV, LLC v. Doria*)
- **Exhibit B:** State Court Summons
- **Exhibit C:** Notice of Filing Notice of Removal (File-Stamped by Verde Valley Justice Court)

**RESPECTFULLY SUBMITTED** this 15th day of January, 2026.

_____

**Daniel T. Doria** Plaintiff, Pro Se

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing (if applicable):

**Brittney Walsh** H&M Law, PLLC *(Counsel for Cottonwood Springs RV, LLC in the*

*State Court Action)* Brittney@hmlawfirmaz.com, court@hmlawfirmAz.com

**Robert Haws & Michael Mongini** Gust Rosenfeld, P.L.C.
rhaws@gustlaw.com, mmongini

---

**Daniel T. Doria** Plaintiff, Pro Se
s/ Daniel T Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
702-279-5326
danieldoria105@yahoo.com

EXH A

Brittney K. Walsh, Esq.
State Bar No. 035279
H & M LAW, PLLC
P.O. Box 3700
Cottonwood, Arizona 86326
(928) 554-2070 office
(928) 438-0866 fax
court@hmlawfirmaz.com

Attorneys for Plaintiff HAPPY JACK LODGE, LLC

YAVAPAI COUNTY
VERDE VALLEY JUSTICE COURT
Filing Date
January 12, 2026
4:38PM
Case No.
91302CV202600001

## IN THE STATE OF ARIZONA, COUNTY OF YAVAPAI

### VERDE VALLEY JUSTICE COURT
### 10 South 6th Street, Cottonwood, Arizona 86326
### (928) 639-5820

The Honorable David P. Gordon
Judge of the Verde Valley Justice Court

| | |
|---|---|
| COTTONWOOD SPRINGS RV, LLC., and HAPPY JACK LODGE, LLC<br><br>Plaintiffs,<br><br>Vs.<br><br>DANIEL T. DORIA<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR EVICTION ACTION**<br><br>Forcible Detainer |

## YOUR LANDLORD IS SUING TO HAVE YOU EVICTED. PLEASE READ CAREFULLY

1.    Plaintiff is an RV Park offering short-term rental spaces for recreational vehicles.

Plaintiff's Complaint for Forcible Detainer

1

2.      This Court has jurisdiction to hear this case. The property is within the Court's judicial precinct and is located at: 420 Happy Jack Way, Cottonwood, AZ 86326 ("the Park").

3.      Plaintiff is entitled to immediate possession of the Property.

4.      Defendant is a holdover tenant whose lease ended on June 10, 2025. Such lease is attached hereto as **Exhibit A**.

5.      The lease provides that Park visitors may stay extend their stay by executing a lease 30 days prior to the lease expiration.

6.      Defendant refused to sign the new lease.

7.      On November 25, 2025, Defendant submitted a voluntary termination notice stating he will vacate by January 9, 2026, which Plaintiff accepted. Such notice is attached hereto as **Exhibit B**.

8.      Despite the written notice, Plaintiff issues two Notices to Vacate, clearly terminating the holdover tenancy. *See* **Exhibits C and D**.

9.      Plaintiff has not accepted rent beyond January 9, 2026.

10.     To date, Defendant has not vacated the Park and is illegally in possession without landlord's consent.

11.     The Defendant continues to wrongfully withhold and retain possession of the Property after being served the Notice to Vacate.

12.     Plaintiff is authorized to file this action and has done so for the following reasons: HOLDOVER BY TENANT AFTER TERMINATION OF RENTAL (A.R.S. § 33-1375). Defendant remains in possession of the Property without Plaintiff's consent after

expiration/termination of rental agreement. Defendant's holdover is willful and not in good faith.

13. Plaintiff is not seeking a money Judgment for unpaid rent.

14. Plaintiff is seeking attorneys' fees and costs for being forced into these eviction proceedings and having to remove the Defendant.

15. Plaintiff respectfully requests the Court's **JUDGMENT** for immediate possession of the Property, and a **WRIT OF RESTITUTION** returning the Property to Plaintiff's possession. Plaintiff respectfully requests the Court issue a **WRIT OF RESTITUTION** returning the property to the Plaintiff's possession 5 days from the date of the **JUDGMENT**.

16. Undersigned counsel is retained counsel for Plaintiffs. By signing this Complaint, undersigned counsel swears or affirms that the information contained in this Complaint is true and correct to the best of his knowledge.

**RESPECTFULLY SUBMITTED** this 13th day of January 2026.

**H & M LAW, PLLC**

Brittney K. Walsh, Esq.
Attorneys for Plaintiff HAPPY JACK LODGE, LLC dba COTTONWOOD SPRINGS



# RV SITE RENTAL APPLICATION & AGREEMENT

Please email completed application form to: info@cottonwoodspringsrv.com or drop off at office.
This application is intended for a set term Lease Rental Agreement with CWS.

**Please complete the following for All Adults staying on the site and will be listed on the Rental Agreement:**

1. Applicant Name: Daniel T Doria                    Cell #: 702-279-5326
   Driver's License: T26139287              State Issued: AZ
   Email: danieldoria105@yahoo.com
   Home Address: 420 Happy Jack Way Spc #177
   City: Cottonwood          State: AZ          Zip: 86326

2. Applicant Name: _____          Cell #: _____
   Driver's License: _____          State Issued: _____
   Email: _____
   Home Address: _____
   City: _____     State: _____     Zip: _____
   (please attach copy of Driver's License or ID for verification purposes)

Number of adults and children staying on-site on a regular basis: 1

List name, age and relationship of all occupants of the recreational vehicle:
Name: Daniel T Doria     Age: 39     Relationship: Self
Name: _____     Age: _____     Relationship: _____
Name: _____     Age: _____     Relationship: _____

**Rental History:**
Park Name or Current Landlord: _____
Address of Currently Renting: _____
City: _____     State: _____     Zip: _____
Telephone # of Park or Landlord: _____
Date Moved In: _____     Date Moved Out: _____
Reason for Moving: _____
Park Name or Previous Landlord: _____
Address of Previous Location: _____
City: _____     State: _____     Zip: _____
Telephone # of Park or Landlord: _____
Date Moved In: _____     Date Moved Out: _____
Reason for Moving: _____

Has either Primary Guest or any Other Occupant(s) (listed above) ever (check if applicable):
____ Been evicted or asked to move out?
____ Broken a rental agreement or lease contract?

PAGE 1

___ Been or are currently delinquent to a previous landlord?

___ A registered sex offender?

___ Been convicted of a Felony?

If any checked, please explain. _____

_____

**Employment Information:**

For Applicant Name 1: Company Name of Current Employer: Universal Canine HealthCare

Address of Employer: 985 S Main St Ste A PmB 407

City: Cottonwood   State: AZ   Zip: 86326   Phone #: 928-362-1168

Current Position: Director   Start Date: 2022

For Applicant Name 2: Company Name of Current Employer: _____

Address of Employer: _____

City: _____ State: _____ Zip: _____ Phone #: _____

Current Position: _____ Start Date: _____

If not currently employed, please explain income resources (i.e, retired, social security, etc.): _____

_____

Verification of income may be required by management.

**Vehicles:** Lessee represents that he/she is the registered and/or legal owner of the following recreational vehicle or mobile recreational vehicle (hereinafter all general referred to as "RV").

Year: 1999   Make: Fleetwood   Model: Prowler   Length: 25

Vehicle ID No.: 1EC1H2620X1577403

RV License Plate: T7AUFB   State: AZ

Lessee's Liability Insurance Carrier: _____

Lessee's Liability Insurance Carrier Policy No: _____

Agents Name: _____   Agent's Telephone No: _____

Please provide a copy of the insurance declaration page to the office.

Slide out(s)? Yes X or No ___ If yes, how many: 1

Recent photo of RV must be submitted. RV must be under 10 years old, or management approval will be required ✓

**Other Vehicles:**

Make/Model of Vehicle: Toyota Prius   Year: 2012   State/Plate #: AZ/DCA37v

Make/Model of Vehicle: _____   Year: ____ State/Plate #: _____

**References:** (Rental or Professional References. Family/Friends Not Accepted)

1. Name: Kadeem OBerry   Cell #: 917-873-2899
   Email _____   Relationship Solar Industry Peer

2. Name: Brandon Douglas   Cell #: 905-962-8228
   Email _____   Relationship Business Partner

PAGE 2

**Emergency:**

In case of emergency, notify:

Name: David Doria    Phone: 909-567-6580  Relationship: Brother

**Pets:**

Will a pet be staying on the site: Yes X or No ____  Number of pets: 2 + Pet sitting  If yes, please list the type, breed, and weight
of all pets: Sam 16 yrs old 35 LB Golden Cocker
Tina 14 yrs old 12 LBS Chi-Pom-Pom

I authorize the Cottonwood Springs RV Resort ("CWS") and their agents, including any collection authority, to obtain further address, and employment information, and any necessary background screening information before, during and after the lease term for the purposes of collecting past due lease payments, late fees or any other charges that are owed to CWS. I hereby authorize a credit and/or criminal check to be made, verification of information I provided and communication with any and all names listed on this application. I understand this is an application to rent an RV space and does not constitute a rental or lease agreement in whole or part.

The undersigned Primary Guest, and all Adult Other Occupants represent that all of the above information is true and complete and authorize the verification of same by any means. Primary Guest and all Adult Other Occupants acknowledge that an investigative consumer report including information as to the character, general reputation, mode of living, whichever is applicable, may be made. Anyone on which a consumer report is made has the right to request additional disclosures and a written summary of the rights of a consumer under the Fair Credit Reporting Act. False information given shall entitle RV Park to: (1) reject this application, (2) retain the deposit in accordance with the site rental agreement; and (3) terminate Primary Guest's right of occupancy in accordance with the site rental agreement. False information may also constitute a serious criminal offense under the laws of this State.

Applicant Name 1:

Signature:

Printed Name: David I. Doria

Date: 3-10-25

Cottonwood Springs RV Resort

Signature:

Printed Name: Maria Plenkins

Title: Property Manager

Date: 3/10/25

Applicant Name 2:

Signature:

Printed Name:

Date:

=====For Internal Use Only=====

Obtained copy(ies) of IDs ☑    Application Fee Collected ☐
Obtained pictures of RV/Trailer ☑    Over 10 Years Approved ☐
Contacted Current/Previous Landlord(s) ☐    Contacted References ☐
Obtained Background ☐    Contact Employer/Income Verified ☐
Notes: _____

_____

Person verifying information: _____ Date: _____

PAGE 3

The rules and regulations listed below apply to those who stay in this park on a Monthly and beyond basis and are in addition to the rules stated in the park's standard brochure. Our max space rental agreement is 3 months. You may extend your stay by notifying the office at least 30 days prior to your current agreement expiring. A new lease agreement must be signed 30 days prior to ensuring your current RV site.

1.  This Space Rental Agreement (hereinafter referred to as "Agreement") is made and entered into for a term beginning on this 10th day of March, 2025 (the "Effective Date") by and between Cottonwood Springs RV Resort (hereinafter referred to as "Lessor") and Daniel F Doria and no other (hereinafter referred to as "Lessee").

2.  RV SITE: Lessor hereby leases to Lessee the following RV site number: 177 (the "Site") of Cottonwood Springs RV Resort property. Lessor has the right upon twenty-four (24) hours' notice to relocate Lessee to a substantially equivalent site on the property.

3.  TERM: The term of this Agreement shall commence on the date written above in paragraph 1, effective date and end on 9th day of June, 2025 (the "Initial Term"). Unless terminated by either party, after the expiration of the Initial Term, this Agreement shall automatically continue to a currently monthly rate basis. Note: Rate is subject to change from the initial rental agreement amount.

4.  RENTAL RATE: Lessee(s) shall pay per month $ 499.00 plus electric, billed at: $.145 per KWH (see paragraph 6). Rent is due on or before the 1st of every calendar month. If rent is not received before the 5th of the month, a late fee will be added at $15 per day until rent is paid in full. Rent shall be paid at the park's office by credit card, check, money order or cash during business office opening hours. If Lessor must give notice to terminate the Agreement for nonpayment of rent. Lessor shall not be deemed to have waived any right to terminate by accepting partial rent for the period involved. If Lessor gives notice to terminate this Agreement for any other reason, Lessor does not waive the right to terminate by accepting rent prorated to the termination date specified in the notice. A $50.00 penalty shall be charged for all returned checks/credit cards. The monthly rent is not refundable when the Lessee leaves at any time before the final day of the month or prepaid term.

5.  ELECTRIC UTILITY: Lessee shall pay Lessor, in accordance with the schedule for payment of the rate checked in Paragraph 5, above, all electrical power charges used by Lessee in connection with the use of the RV Site. This amount is based on $.145 per kWh and is calculated by Lessor. Lessee is only allowed to use the power box signed to the rented site. Lessee is not allowed to use any other power boxes on the premises. Power boxes must not be tampered with in any way. If power boxes show tampering, the Lessee will be charged for the repairs, and the Agreement will be terminated immediately. The beginning meter reading as of the Effective Date of this Agreement is 2301 kWh.

6.  SECURITY DEPOSIT: Lessee shall pay the amount of $ 0 Promotion for a security deposit, paid on _____ which shall be refunded upon termination of the Lessee's tenancy in the park to the extent that the amount is not necessary to remedy the Lessee's default in the performance of this Agreement, and/or to repair damages to the space or park caused by the Lessee, not including ordinary wear. The Lessee's RV damages caused by natural disaster (flood, earthquake, drought, strong wind, etc.), and theft shall be covered by the Lessee's own RV insurance. If the Lessee is in good standing with account and a written 30-day notice, the security deposit may be used for the last month's rent. Any fees, like electricity or other fees, or outstanding balance will still be due for that last month prior to end of lease.

7.  PETS: Pets are welcome with responsible pet owners. Up to two (2) pets are allowed (unless approved by management). All pets must be on a leash when outside the RV. Lessee must have proof of their pet's vaccinations available. Pet owners must clean up after their pets including all pet excrement. Do not allow your pet to use any RV site as a bathroom. Noisy, destructive, aggressive, unleashed, or dangerous pets will be cause for immediate eviction. Lessee is liable for any damage or injury caused by his or her pet. No pet shall be allowed to run loose in the park and no pet shall be left tied outside, unattended by Lessee. Pets must be kept off other people's RV spaces. Birds, rodents, and reptiles must be always kept in RV and in a cage. Describe pet(s):

Lessee(s) Initials: DFD                                                                 Page | 1

8. CREDIT/DEBIT CARD ON FILE: Lessee is to provide Lessor with information for a valid credit card to be kept on file. The credit card information will be used by Lessor to initiate payment for situations arising from the following:

   a)  Any damage, or cleaning / repairing of the RV Site caused by Lessee and, or, their guests, or invitees.

   b)  If Lessee vacates the RV site without paying Lessor, the total amount due under this Agreement. Final electric bill and any outstanding balance upon checking out, Lessee will be charged the total amount owed on the card.

*If Lessor uses the credit card information for the reasons described above, Lessor will provide Lessee with a statement of account, listing the charges. In the event of reversal and/or denial of legitimate charges by Lessee, a fee of $100.00 plus attorney fees will be charged. Lessee agrees to update Credit/Debit Card on File with any changes to the card with the office.

9. RULES AND REGULATIONS: Lessee and their guests, invitees and all occupants shall comply with the written rules and regulations provided to Lessee. Lessee agrees to comply with all state and federal laws, rules, ordinances, and regulations applicable to Lessor's property. See Addendum B: Park Rules and Regulations.

10. RENTING OR SUBLETTING: Lessee shall not sublease or otherwise rent all or any portion of Lessee recreational vehicle or the premises. Lessee shall not assign or encumber his or her interest in this Rental Agreement or the premises. No consent to any assignment, encumbrance, sublease or other renting shall constitute a further waiver of the provisions of the paragraph. The only parties allowed to stay in the RV in this park are those specifically named herein. No other people may reside in the RV without the written permission from Lessor.

11. TERMINATION OF AGREEMENT: This Agreement may be terminated by either party upon giving a 30-day notice in writing. Lessor reserves the right to terminate this Agreement with a shorter period of notice if allowed by law. If state or local laws require an RV to be moved from the park for any reason, this Agreement will automatically terminate, and the notice time may be shorter. This Section supplements Section 4 of this Agreement; this Agreement terminates on the earliest termination dates specified in Section 4 or on the termination date established or allowed by this section.

12. DEFAULT BY LESSEE: The following acts constitute defaults by Lessee ("Acts of Default"):

   a)  Failing to timely pay the Rental Rate, outlined in Paragraph 5, above, or other lawful charges when due under this Agreement

   b)  Giving false information to Lessee. Lessee's guests and/or occupants failing to comply with this Agreement, such as violating provisions of this Agreement or committing serious misconduct or criminal acts

   c)  Remaining on the Property after giving notice of termination and intent to vacate; and/or

   d)  Remaining on the Property after Lessor gave notice of termination at the end of the term or an Agreement Termination Notice, outlined in Paragraph 12, above.

13. TOWING POLICY: Non-payment of site rent or services and or violations of rules can result in vehicles/RVs being towed and impounded at the owner's expense. A 24-hour towing/impound notice will be posted on any and all vehicles to be removed.

14. ENTRY UPON RESIDENT'S SPACE: The Lessor shall have a right of entry upon the land on which a recreational vehicle is situated for maintenance of utilities, maintenance of premises if the occupant fails to do so, and the protection of the park at any reasonable time. However, such an entry shall not be in a manner at a time which would interfere with Lessee's quiet enjoyment. The Lessor may enter a recreational vehicle without the prior written consent of the occupant in the case of an emergency or when the occupant has abandoned the recreational vehicle.

15. LESSEE'S RESPONSIBILITIES:

   a)  Lessee shall be responsible for all damage caused by Lessee or any of Lessee's guests or visitors.

   b)  Lessee agrees to obey all park rules and regulations contained in this Agreement, posted or distributed.

Lessee(s) Initials: DTD

Page | 2

c) Lessee acknowledges the space is to be used only by Lessee for private residential or recreational purposes and shall be used by no other persons except those people listed in this Agreement. No business or commercial activity of any nature shall be conducted in this park. Lessee agrees to immediately deliver possession of the space rented hereunder upon the expiration on the term of this Agreement.

d) Lessee acknowledges and agrees that Lessor shall have no responsibility for Lessee's safety or the safety or protection of any of Lessee's possessions. Lessee acknowledges that the park entrance is not guarded or patrolled, and that Lessee is responsible for locking his/her RV in order to help prevent loss or damage. Lessee agrees to notify Lessor and/or the police in the event Lessee observes or learns of suspicious or illegal acts within the park.

e) Lessee agrees that at the end of the term of this Agreement Lessee shall move the RV out of the park and shall have no right to leave it or sell it to be left in the park. If someone buys the RV, the buyer must move it immediately.

f) Lessee acknowledges and agrees that the RV site is in good condition and is adequate for Lessee's use. Upon termination or expiration of this Agreement, Lessee agrees to surrender the RV site to Lessor in a similar, good condition. If Lessee fails to leave the RV site in good condition, Lessor will assess reasonable charges to Lessee for returning the RV site to good condition.

g) Lessee agrees to hold harmless and indemnify Happy Jack Lodge dba Cottonwood Springs RV Resort, its members, and employees of all liabilities for loss or damage of property or injury of person or persons or animals arising from the use of Cottonwood Springs RV Resort property.

h) Lessee is responsible for carrying and providing proof of insurance for all vehicles and RV.

16. LEGAL REMEDIES, PROVISIONS AND GOVERNING LAW:

a) Lessor agrees that any notice of nonpayment of rent or termination of tenancy shall be deemed served on the day on which it is attached in a secure manner to the main entrance of the RV and, if required by law, mailed to Lessee.

b) If written notice is required by law to terminate this rental Agreement, the tenancy shall terminate of the day designated in the Notice of Termination without regard to the expiration of the period for which rent is to be paid.

c) In the event Lessee breaches this Agreement, Lessor shall have available to Lessor all remedies provided at law or in equity.

d) If any action is required to enforce or interpret this Agreement, then the prevailing party shall be awarded reasonable cost and attorney fee from the losing party.

e) If Lessee abandons the RV described herein, or any other personal property, Lessor may sell or dispose of said RV or other personal property, as permitted under Arizona law. Lessee shall pay, upon demand, all costs and expenses incurred by Lessor in the moving or storing of Lessee's RV or personal possessions, plus court costs and attorney fees incurred in selling or otherwise disposing of the personal property and/or RV abandoned by the Lessee.

f) If any provision of this Agreement is held to be invalid, illegal or unenforceable then that provision shall not affect the validity, legality, or enforceability of the other provisions herein, then the parties agree that the remainder of this Agreement shall remain in forced and affect. Lessee shall not seek recovery of damages from Lessor for attempting to enforce such provision, rule, regulation or policy in good faith prior to receiving notice of its invalidity or illegality.

g) No delay or omission in the exercise of any right or remedy of Lessor following the event of default by Lessee shall impair any such right or remedy or be construed as a waiver. No waiver by Lessor of Lessor's rights to enforce any provision hereof after any default on the part of Lessee shall be effective unless made in writing and signed by Lessor, nor shall it be deemed a waiver of Lessor's right to enforce each and every other provision hereof upon further or other default on the part of Lessee. Lessee understands that if Lessor fails to enforce any term of this Agreement, Lessor is still entitled to enforce the Agreement on any subsequent occasion. Acceptance of rent shall not be, or construed to be, a waiver of any breach of any term or provision of this Agreement, nor shall it reinstate, constitute or extend the term of the Agreement or affect any notice, demand or suit hereunder.

Lessee(s) Initials: _____

Page | 3

h) This Agreement constitutes the product of negotiations of the parties hereto and any enforcement hereof will be interpreted in a neutral manner and not more strongly for or against and party based upon the source of the draftsmanship hereof.

i) This Agreement constitutes the entire agreement between and among the parties, interpreted all of the terms and conditions mentioned herein or incidental hereto, and supersedes all negotiations or previous agreements between the parties or their predecessor in interest with respect to all or any part of this suspect matter hereof.

j) Lessee agrees they will not post any negative social media without first giving the Lessor the time to remedy Lessee complaints in writing. Such postings that may result in any damages or fees will be paid by the Lessee to the Lessor.

k) If Lessee or guests of the Lessee must be trespassed for any reason: A trespasser is defined as someone who knowingly enters or remains unlawfully on another person's property without permission or legal authorization to do so. Trespassing can include entering private property, hopping a fence, entering a building or structure, or remaining on the property after being asked by the owner to leave. According to Arizona Revised Statutes (A.R.S.) 13-1502, criminal trespass in the third degree. Knowingly entering or remaining unlawfully on any real property after a reasonable request to leave has been made by the Lessor, property owner, a law enforcement officer or anyone with lawful control over the property, or if the property had a notice posted that prohibited entry. If we ask you to leave, you must vacate the property. We will prosecute any violations under the criminal trespass statute. This will also constitute as immediate termination of this Agreement.

l) Criminal activity: See Addendum A

TERMS: Lessee certifies that the included printed material beginning on page 1 through page 9 (including Addendum A and Addendum B) of this Agreement has been read and the terms and conditions set forth herein are understood. Lessee further certifies that he/she has examined the space in which the subject RV is to be placed and finds it suitable and acceptable. Lessee acknowledges has also read and will comply with the Park Rules and Regulations (see Addendum B).

Lessee also acknowledges receipt of an executed copy of this Agreement including Addendums A and B.

Lessee certifies that the above information is correct and complete.

Lessee understands that if any of this information is later found to be false, it may be grounds for eviction and termination of this agreement.

Lessee authorizes the park management to conduct any credit checks or other inquiries necessary for verification of this information before or during this Agreement term.

Lessee understands that the park management has the right of refusal upon the arrival of the RV described in this application.

Lessee(s) Initials:

Additional acknowledgement(s):

To contact the onsite manager: Manager@cottonwoodspringsrv.com

To contact the General Manager: GMLLC@happyjacklodge.com

Lessee:
Signature

Date: 3-10-25

Lessee:
Signature

Date:

Lessor: Cottonwood Springs RV Resort

Agent's Signature

Agent's Printed Name

Date: 3/10/25

Lessee(s) Initials: DTD

**Addendum A: Zero Tolerance for Criminal Activity**

**Leased Premises: Cottonwood Springs RV Resort**
**420 Happy Jack Way, Cottonwood AZ, 86326**

This Lease Addendum is incorporated into and made a part of the Agreement executed by the Lessor and the Lessee referring to and incorporating the Leased Premises.

The Lessor has zero tolerance for criminal activity in or around the Leased Premises.

This policy applies to all Lessee(s), occupants, guests, and any visitors in or around the Leased Premises. The Lessor/property manager/or agent will immediately report any evidence of criminal activity to the proper authorities, and the Lessee(s) engagement in any criminal activity is a breach of the Agreement.

The Lessee understands his/her responsibility to call the police/emergency services and report any suspicious activity observed and then notify the Lessor and/or office immediately.

The Lessee(s) understands that disturbances of the peace not only infringe on the neighbors' peaceful enjoyment of their property is a breach of the Agreement.

In the event of any criminal activity in which the Lessee(s) is directly or indirectly involved, the Lessor will take the legal measures necessary to evict the Lessee(s) from the Leased Premises. This includes but is not limited to illegal drug activity, gang involvement, organized crime and disturbances of the peace.

The Lessee(s) understand that violation of this addendum is a breach of the Agreement and will result in the Lessor taking the necessary steps towards the eviction of the Lessee(s). The Lessee(s) may then be responsible for the rent remaining due for the balance of the Lease term, court costs, attorney fees, and other charges in accordance with all applicable Arizona local laws and regulations.

Lessee Signature: _____  Date: 3-10-25

Lessee Signature: _____  Date: _____

Lessee(s) Initials: DTD

Page | 6

## Addendum B: Park Rules & Regulations

**RV and Site Appearance:**

1. Your RV must be in good repair, good physical appearance, legal/licensed, roadworthy and be certified by RVIA or RPTIA. You must be able to move your RV at any time with no expectation of prior notice. Management has complete discretion as to whether your RV meets these guidelines. If the RV is over ten years old, the Management must approve prior to move-in or change in RV listed on the original lease agreement.

2. Pop-up trailers, pick-up campers, horse trailers, and tents are not permitted.

3. Window A/C units are not allowed unless approved by management.

4. Sleeping outside the RV is not allowed.

5. A sewer hose "donut" or "L" connector is required.

6. Washing of RV or vehicles is not permitted unless you hire a mobile detailer that is fully equipped and self-contained with water. The company must be approved through management before conducting work on property.

7. Portable gazebos and canopies require management approval before being set up.

8. Portable satellite dishes or internet are allowed but must be placed within the rented site and secured. Lessor is not responsible for any damage that may occur to the satellite. Satellite dishes or internet devices may not be mounted to any to anything belonging to the park, such as rocks, trees, site electrical poles, pavement or anything affixed to the property.

9. Construction of decks, sheds or any other structures require written approval from management.

10. You may not alter the appearance of the site without prior written approval from management. This includes the addition of plants, gravel or steppingstones. Planters are allowed on hard surfaces only and must be well maintained.

11. RV skirting must be vinyl snap on type specifically designed for an RV and approved by management.

12. Off the ground fire bowls/pits are allowed but must have a spark arresting cover. Do not leave your fire unattended. Fire must be completely extinguished after each use. You are responsible for emptying ashes in the designated area. Please see management for location.

13. No outside appliances are permitted on your site. Please keep outside storage to a minimum. Periodically, you may be asked to pick-up your site.

14. Holiday decorations are allowed and even encouraged. Decorations must be contained on your site and Management has complete discretion as to whether your decorations are appropriate. Please be considerate of your neighbors when decorating and turn them off at quiet hours.

15. A dumpster will be made available, NO mattresses, large items, electronics or hazardous materials (paint, oil, etc.) are allowed.

16. Please put trash in designated dumpsters. Do not leave trash outside when the dumpster is full. Either use one of the other dumpsters on property that is not full or wait until dumpsters are empty to dispose of your trash.

16. Keep your space free of litter, including cigarette butts.

17. Ensure you do not leave any food or trash outside your RV to not entice animals to enter the park looking for food.

18. Each site is designated for only one RV.

19. RVs are to be lined up next to the water/sewer/electrical panel, where your door will open on the opposite side. At no time can the RV be parked another way resulting water/sewer/electrical hoses be run under the RV and across site to accommodate parking on incorrect side of the site.

20. DARK SKY COMMUNITY - Lighting around the perimeter of your RV is allowed. Lighting on the ground or around the bottom of the RV has no time restrictions. However, any lighting on RV or above the bottom of the RV must be turned off by 10 pm, except for illumination for walkways, roadways, parking areas, and outdoor security as detailed by Yavapai County Law Enforcement.

21. Site markers may not be moved or changed.

Lessee(s) Initials: DTD

Page 17

**Vehicles:**

1. The Speed limit is 5MPH. Speed limit will be enforced. Fines may be charged for speeding. Habitual speeding may constitute in termination of Agreement.
2. You are allowed to have your RV and up to two (2) vehicles and must be parked within the rented spot.
3. Offsite storage is required for boats, flatbed trailers, car dollies, etc. Please contact the office for more information on storage options.
4. To maintain a pleasant looking community, we ask that any broken down, or "work in progress" cars be removed from the community. Lessee will have 24 hours to remove it, or Lessor reserves the right to have it towed at Lessee's expense.
5. No mechanical work (changing oil, etc.) is allowed.
6. No parking on any empty site, without prior written consent from management.
7. No parking on the roadways at ANY time.
8. Vehicles must be parked within your site and cannot block another site.

**Pets:**

**IMPORTANT: Please beware that coyotes, snakes and birds of prey could be in our area and could potentially pose a threat to your pet. DO NOT leave them outside unattended.**

1. Extended stay guests are allowed a total of two (2) pets.
2. Birds, rodents, and reptiles must be always kept in your RV and in a cage.
3. All pets outside must be on a leash no longer than six feet when walking, except when in an enclosed fenced area. No pet is allowed to be tied up outside.
4. Do not allow your pet to use any site as a bathroom. Always clean up after your pets.
5. Any nuisance pet must be removed from the community. We do not accept any aggressive dogs.
6. Pet owners are solely responsible for their dog/pet's behavior. Cottonwood Springs RV Park/Owner is not responsible for any incident involving your pet.

**Conduct:**

1. Quiet hours are from 10:00pm to 7:00am. Please be quiet and considerate of your neighbors.
2. Loud, obnoxious, disorderly, boisterous, or unlawful conduct or conduct that disturbs or threatens the rights, comfort, or convenience of others in or near the Property will not be tolerated.
3. Violence or the threat of violence will not be tolerated.
4. The consumption of alcohol must be confined to your RV site. You will be held to any applicable state, county and city laws.
5. Possession of explosives or other dangerous materials is prohibited.
6. Storage of hazardous materials on the RV site or on the property is prohibited.
7. Children – Minors and children must always be supervised anywhere on the property.

**Visitors:**

1. All visitors must register with the office before going to your site.
2. Visitors staying longer than 3 days must be approved by the management.
3. Visitors must park on your site or where directed by management.
4. You are responsible for your visitors and their behavior.

**Internet:**

WIFI and Fiber internet service plans are available to guests of the park. Please contact the office about service and pricing plan options.

Lessee(s) Initials: DSD

**Mail Service:**

You may have packages and mail delivered to the park. Please use your name, site number and Sedona View's main address for delivery. Please pick up your mail and packages in a timely manner. If a package or mail needs a signature for delivery, the office will sign and accept the package in the office. There will be a $5 fee added to your account for that service. The office will notify you about receiving a signed package.

**Laundry and Showers:** Coming soon.

**Check-in/Checkout:**

The Check-in is 1:00 pm on scheduled arrival date. The Checkout is 11:00 am on scheduled departure date.

Management reserves the right to change these guidelines at any time and/or refuse service for any reason. Your signature below indicates you have read, understand, and agree to follow the above guidelines.

Lessee Signature: _____ Date: 3-10-25

Lessee Signature: _____ Date: _____

Lessee(s) Initials: _____ Page 19

## FW: Clarification

1 message

**From:** Daniel Doria <danieldoria105@yahoo.com>
**Sent:** Tuesday, November 25, 2025 1:50 PM
**To:** gmllc@happyjacklodge.com
**Cc:** manager@cottonwoodspringsrv.com
**Subject:** Clarification

Management,

Following our recent communications, I want to clarify my current understanding despite the formalities involved:

1) My move out date is January 9, 2026.

2) Rent is paid through Jan 9, but power is not and I am responsible for power through move out.

3) If move out occurs prior, a pro-rated refund if a credit balance exists, will take place in a reasonable period of time.

If I'm missing any key info, or if I'm misunderstanding any of these terms, please let me know.

Regards,

Daniel Doria

On Tuesday, November 25, 2025 at 09:26:21 AM MST, <gmllc@happyjacklodge.com> wrote:

Mr. Doria,

We accept and acknowledge your notice to terminate your monthly lease agreement between Cottonwood Springs RV Park and yourself, with a move out date of January 9th, 2026.

Mutually, we are also notifying you of our notice to terminate our lease agreement with you, with a termination date of January 9th, 2026. Please see attached notice, as required by the court, and we will also hand deliver to you and sign.

Yes, I will agree to pro-rate your rent and issue a credit if one is due following an early move-out. The only outstanding balance to date is the $81.67 due December 9th, 2025 and any electrical charges due at the time of move-out. If you choose to leave before January 9th, 2026 - please notify me via email at GMLLC@happyjacklodge.com of your move-out date. After you move-out, we can read the electrical meter, pro-rate for any day's you've moved out prior to January 9th and calculate any potential refund. I would need 5-7 business days to process any potential refund check. Please advise of a forwarding address if you decide to move-out early.

Thank you,

Julie Pendergast

General Manager Cottonwood Springs RV Park

GMLLC@happyjacklodge.com

-------- Original Message --------

Subject: Re: Cottonwood Springs RV Resort & Storage Invoice Update

Date: 2025-11-23 14:20

From: Daniel Doria <danieldoria105@yahoo.com>

To: <storage@cottonwoodspringsrv.com>

Hello,

I am coordinating a move out for my final paid date, January 9, 2025. I need to know if I coordinate a move prior to that date, will Cottonwood Springs cooperate with a refund of any remaining unused rent already paid?

Thanks.

Best,

Daniel Doria

On Friday, November 21, 2025 at 04:18:37 PM MST,

<storage@cottonwoodspringsrv.com> wrote:

Here is the corrected Invoice.

=============== Invoice ===============

From:

Cottonwood Springs RV Resort & Storage

420 Happy Jack Way

Cottonwood, AZ  86326  USA

928-649-1878 / 928-284-8063

Web:  www.cottonwoodspringsrv.com [1]

Guest Information:

Daniel Doria (Canine HC Comp)

The details and charges are below.

Thank you for your business!

Confirmation #:  R020003965

Reservation made on:  Fri, Mar 7, 2025

of 5

First Night: Mon, Mar 10, 2025

Last Night: Fri, Jan 9, 2026

Site: RV FHU STD-177

Qty  Description                                    Each

Total

---------------------------------------------------------------------------

---

1  Electric Admin ................................... $5.00

$5.00

536  Electric... (8381 - 7845) ........................ $0.145

$77.72

Monthly Rate  12/10- 1/09/26 ..................... $625.00

$625.00

=============

                          Statement Total

$707.72

                          Previous Balance

$-626.05

=============

                          Balance Due:

$81.67

We thank you for your business!

As always we look forward to serving you!

Office Hours: Monday - Saturday  9:00 - 3:00; Sundays emergency cell #

928-284-8063; Non-emergencies please email to

storage@cottonwoodspringsrv.com and we will respond on Monday.

The gate for the Storage facility opens at 6:00 a.m. and closes at 6:45 p.m. You will need your access code to enter. Please note the gate cannot be opened before or after the access hours, even with a code. We apologize for any inconvenience.

We ACCEPT CREDIT CARDS, CASH AND CHECKS. BILL PAY is a preferred payment option, with your personal Bank. We can keep your c/c on file, and if so, please expect your card on file to be charged on the 1st of each month in addition of a 3% Surcharge.  THIS APPLIES TO BOTH CREDIT AND DEBIT CARDS!

Cottonwood Springs RV Resort & Storage

420 Happy Jack Way

Cottonwood, AZ 86326

(928) 649-1878

Links:

------

[1] http://www.cottonwoodspringsrv.com

--

_Cottonwood Springs RV Resort & Storage_

_(928) 649-1878 office_

—

of 5

# NOTICE OF TERMINATION OF PERIODIC TENANCY
## (TEN/THIRTY DAY NOTICE TO VACATE)

From: Cottonwood Springs RV Park                    Date: November 25th, 2025
_____(landlord)_____

To: Daniel Doria                                    (& any/all occupants)

420 Happy Jack Way #177

Cottowood, AZ 85326

You are hereby notified that pursuant to **A.R.S. § 33-1375**, Arizona Revised Statutes, your tenancy of the premises known as:

Cottonwood Spring RV Park  420 Happy Jack Way, Cottonwood,
_____(name of complex or address of residence)_____

is terminated effective **January 9**, 20 **26**.

Your rent is next due on **Dec 9, 2025**. This termination letter gives you notice of at least  ☑ 30 days if month-to-month, or  ☐ 10 days if week-to-week.

Balance due on December 9th, 2025 is $81.67 after payment applied

You are requested to vacate these premises on or before the above termination date. If you fail to comply with this notice a special detainer action may be filed against you in the manner prescribed in ARS § Title 12, Chapter 8, Article 4.

You are further notified that the law provides as follows:

"If the tenant remains in possession without the landlord's consent after expiration of the term of the rental agreement or its termination, the landlord may bring a action for possession and if the tenant's holdover is willful and not in good faith the landlord, in addition, may recover an amount equal to not more than two months' periodic rent or twice the actual damages sustained by him, whichever is greater. If the landlord consents to the tenant's continued occupancy, 33-1314, subsection D, applies."

More information is available at www.AZLawHelp.org or www.AZCourtHelp.org

NOTICE IS SERVED BY: _Julie Martin_          DATE: 11/25/2025
_____(name of person serving the notice)_____

[x] Delivered in hand to the Tenant or other occupant:

_Daniel Doria_
_____(name of the person who got the notice)_____

☐ Certified Mail - Receipt Number: _____

## NOTICE OF TERMINATION OF PERIODIC TENANCY
### (TEN/THIRTY DAY NOTICE TO VACATE)

From: Cottonwood Springs RV Park          Date: December 9, 2025
          *(landlord)*

To: Daniel Doria                              *(& any/all occupants)*

420 Happy Jack Way #177

Cottonwood, AZ  86326

**You are hereby notified that pursuant to A.R.S. § 33-1476, Arizona Revised Statutes, your tenancy of the premises known as:**

Cottonwood Springs RV Park, 420 Happy Jack Way, Cottonwood, AZ 86326

*(name of complex or address of residence)*

**is terminated effective** January 9 **, 20** 26 **.**

**Your rent is next due on** December 9, 2025 **. This termination letter gives you notice of at least** ☑ **30 days if month-to-month, or** ☐ **10 days if week-to week.**

You are in breach of your lease agreement including but not limited to: failure to provide information for background check, refusal to sign a new lease agreement, not having your personal dogs registered on lease agreement, abusive language towards staff, not picking up after dogs fecal matter on your site and change of use of land. You have stated in writing that your last night here will be January 9, 2026.

More information is available at www.AZLawHelp.org or www.AZCourtHelp.org.

NOTICE IS SERVED BY: Julie Martin                    DATE: 12/9/25
                          *(name of person serving the notice)*

☑ Delivered in hand to the Tenant or other occupant:

Daniel Doria

*(name of the person who got the notice)*

☐ Certified Mail -Receipt Number: _____

EXHIBIT B

**Person Filing:** Brittney K. Walsh
**Address (if not protected):** P.O. Box 3700
**City, State, Zip Code:** Cottonwood AZ 86326
**Telephone:** 928-554-2070
**Email Address:** court@hmlawfirmaz.com
Representing [□ ] Self or [☒ ] **Lawyer/Legal Paraprofessional for:** Cottonwood Springs RV, LLC et al
**Lawyer/Legal Paraprofessional Bar Number:** 035279 AZ

## YAVAPAI COUNTY JUSTICE COURTS, ARIZONA
## VERDE VALLEY JUSTICE COURT, 10 S. 6TH ST., COTTONWOOD, AZ 86326 928-639-5820

Case Number: _____ J1302CV2026000011 _____

Cottonwood Springs RV, LLC et al

vs

Daniel T. Doria
420 Happy Jack Way, #177 989 S. Main St., Ste A, PMB407
Cottonwood AZ 86326
702-279-5326
dtdoria85@gmail.com

Plaintiff(s) Name / Address / Phone / Email                Defendant(s) Name / Address / Phone / Email

### SUMMONS (*Eviction Action*)
[ ] Amended

**THE STATE OF ARIZONA TO:**

Daniel T. Doria
Name of Defendant

**YOU ARE HEREBY SUMMONED TO APPEAR.** An **Eviction Case** has been filed against you. A court hearing has been scheduled.

Date: *January 21, 2026*        Time: *11:30AM*        Courtroom: *COURT ROOM*
       At the (court name): *VERDE VALLEY JUSTICE COURT*
       Please arrive early

You may participate at the initial hearing through telephone or video conference. Unless the court has already provided instructions for appearing virtually, and you choose to do so, you must contact the court for instructions at least two hours before the hearing, to ensure the court has time to make necessary arrangements.

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES SHOULD BE MADE TO THE COURT AS SOON AS POSSIBLE.

**If an interpreter is needed, please contact the court listed above as soon as possible.**

1.  You have a right to come to court.

2.  If you do not agree with the claims against you on the attached complaint, you must come to court at the date, time, and location listed above and explain your reasons to the judge.

3.  If you do not agree with the claims in the complaint, you also may file a written answer admitting or denying some or all the claims.

4.  If you have a statutory basis to file a counterclaim, which is limited to damages resulting from the landlord's breach of the lease or violation of the Residential Landlord Tenant Act, it must be in writing and served upon the opposing party. ARS section 33-1365.

5.  **IF YOU FAIL TO APPEAR**, a judgment will likely be entered against you, granting the relief specifically requested in the complaint, including removing you from the rental.

6.  To learn more, see the attached Residential Eviction Information Sheet or contact the court.

SIGNED AND SEALED this date: *January 12, 2026*

*Justice of the Peace*
*VERDE VALLEY JUSTICE COURT*

By: *HON DAVID GORDON*



YOU CAN ASK FOR FREE LEGAL HELP BY CONTACTING:
(These legal help programs are not part of the court.)

| COUNTY OR TOWN | | | CONTACT INFORMATION |
|---|---|---|---|
| Maricopa County<br>Mohave County<br>La Paz County | Yavapai County<br>Yuma County | Town of San Luis<br>Apache Junction<br>Queen Creek | **Community Legal Services**<br>**I-800-852-9075**<br>**www.clsaz.org** |
| Apache County<br>Cochise County<br>Gila County | Graham County<br>Greenlee County<br>Navajo County | Pima County<br>Pinal County<br>Santa Cruz County | **Southern Arizona Legal Aid**<br>**1-800-248-6789 or**<br>**www.sazlegalaid.org** |
| Coconino County | Navajo Nation | Hopi Nation | **DNA People's Legal Services**<br>**1-800-789-5781**<br>**www.dnalegalservices.org** |

## RESIDENTIAL EVICTION INFORMATION SHEET (REIS)
## (PUBLICATION AND DISTRIBUTION REQUIRED BY THE ARIZONA SUPREME COURT)

**Notice** A landlord must provide a tenant with written notice saying why the eviction process has started. The tenant should have received this notice before this lawsuit was filed or with the summons.

**Rent Cases** If this lawsuit has been filed for not paying rent, the tenant can stop it and continue living in the residence by paying all rent now due, late fees, attorney's fees and court costs. After a judgment has been granted, reinstatement of the lease is solely in the landlord's discretion. Inability to pay rent is not a legal defense and the judge cannot give more time to pay, even if the tenant is having financial problems.

**Before Court** Eviction cases move through the court system very quickly. If the tenant disagrees with the landlord's allegations, the tenant is encouraged to file a written answer. The answer form available from the court allows the tenant to admit or deny the allegations and explain his or her position. There is no fee to file an answer. If a tenant believes that the landlord owes him or her money, the tenant may under some circumstances file a counterclaim. The summons states that a trial will occur on the date listed, but due to the high volume of cases, a trial may not occur then. A landlord, tenant, attorney, or witness will be permitted to participate at the initial hearing by telephone or video conference and should contact the court at least two hours before the hearing to obtain information about how to connect to the hearing. If the tenant fails to appear, and the landlord or his attorney is present, a judgment will probably be entered against the tenant. Tenants can represent themselves or arrange for lawyers to represent them. The court will not provide a lawyer.

**At Court** At the time listed on the summons, the judge will start calling cases. If both parties are present, the judge will ask the tenant whether the complaint is true. If the tenant says "no", he or she will need to briefly tell the judge why. If the reason is a legal defense, the judge will need to hear testimony from both sides and make a decision after a trial. After talking to the landlord or its attorney, a tenant may wish to agree to what the landlord is requesting by signing a "stipulation". A stipulation is an agreement under which the parties resolve the dispute on the basis of what the agreement says. Only matters contained in the written agreement can be enforced. These agreements should be clear and understandable by both parties. Most stipulations include judgments against tenants.

**Continuances** Either party may ask that the court date be delayed. The court will agree only if there is a very good reason. A delay will be no more than three business days. There is no assurance a delay will be granted and parties should come to court prepared for trial and bring necessary witnesses and documents.

**After a Judgment** If a landlord receives a judgment, it may apply for a writ of restitution to remove the tenant(s) and all occupants. Writs of Restitution are served by constables, who will direct the residents to leave. A tenant may avoid the difficulties associated with a writ of restitution by vacating the property and returning the keys to the landlord. This ends the tenants' possession of the residence. A tenant will have five (5) days to vacate the premises unless the court has found a material and irreparable breach of the lease by the tenant, in which case the tenant has only twelve (12) to twenty-four (24) hours to vacate. A judgment will probably appear on a tenant's credit report for several years. Parties wishing to appeal from a judgment have five days to do so after the judgment is entered and can obtain forms and information from the court filing counter. If a tenant wants to remain in the rental home during the appeal, the tenant must also pay an appropriate bond and continue to pay rent into court as it becomes due. If the tenant prevails the court will dismiss the case. Absent an appeal, the tenant will need to obtain the landlord's approval and enter a new lease to continue living in the residence.

**Sources of Additional Information** You can get copies of the Arizona Residential Landlord Tenant Act, the Arizona Mobile Home Parks Residential Landlord and Tenant Act and the Long Term Recreational Vehicle Rental Space Act from a library or from links on the Arizona Judicial Branch – Eviction Actions web page, https://www.azcourts.gov/eviction. For information on the Residential Eviction Action process, please visit, https://www.azcourthelp.org. If you wish to consult an attorney, you may want to contact the Arizona State Bar Attorney Referrals Line or, in Maricopa County, Community Legal Services. Contact the court in other counties for similar referrals.

Exh C

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

FILED

JAN 1 4 2026

VERDE VALLEY
JUSTICE COURT

VERDE VALLEY JUSTICE COURT IN AND FOR

THE COUNTY OF YAVAPAI
10 S 6th St Cottonwood, AZ 86326

| | |
|---|---|
| DANIEL T. DORIA, Cottonwood Springs RU LLC <br> Plaintiff, <br><br> v. <br><br> Daniel T. Doria HAPPY JACK LODGE, LLC, <br><br> ROBERT HAWS; <br><br> GUST ROSENFELD P.L.C.; <br><br><br> Defendants. | Case No.: J1302CV2026000011 <br><br> **NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** <br><br> **Assigned to:** <br><br> **The Honorable David P. Gordon** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on January 14, 2026, Defendant Daniel T. Doria filed a **Notice of Removal** in the United States District Court for the District of Arizona, removing this action to federal jurisdiction.

A true and correct copy of the Notice of Removal is attached hereto.

Pursuant to **28 U.S.C. § 1446(d)**: *"Promptly after the filing of such notice of removal of a civil action... the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and **the State court shall proceed no further unless and until the case is remanded."***

**YOU ARE HEREBY NOTIFIED** that this Court is divested of jurisdiction, and the hearing scheduled for January 21, 2026, **cannot proceed.**

DATED: January 14, 2026

_____

**Daniel T. Doria** Defendant, Pro Se

Daniel T. Doria

Plaintiff, Pro Se
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

CERTIFICATE OF SERVICE

I certify under penalty of perjury, that the foregoing document was served to defendant's counsel via email at the following email address or addresses on January 14, 2026:

Brittney@hmlawfirmaz.com, and
court@hmlawfirmaz.com


s/Daniel T. Doria
Daniel T. Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **DANIEL T. DORIA,** | **Case No.:** 3:26-CV-08003-JJT |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION (28 U.S.C. §§ 1331, 1441, 1446)** |
| v. | |
| **HAPPY JACK LODGE, LLC;** | Assigned to: |
| **ROBERT HAWS;** | The Honorable Judge John J. Tuchi |
| **GUST ROSENFELD P.L.C.;** | |
| Defendants. | |

**TO: THE CLERK OF THE U.S. DISTRICT COURT AND ALL PARTIES**

PLEASE TAKE NOTICE that Defendant Daniel T. Doria ("Defendant") hereby removes to this Court the state court action described below:

1. **State Court Action:** *Cottonwood Springs RV, LLC v. Daniel T. Doria*, Case No. **J1302CV2026000011**, pending in the Verde Valley Justice Court, Yavapai County, Arizona.

2. **Basis for Removal:** This action is removable under **28 U.S.C. § 1441** because it involves a federal question under the **Fair Housing Act (42 U.S.C. § 3601 et seq.)**.

3. **Supplemental Jurisdiction:** This eviction action arises from the same nucleus of operative facts as the currently pending federal litigation in this Court, *Doria v. Happy Jack Lodge, LLC*, Case No. **3:26-cv-08003-JJT**. The state court eviction is a retaliatory action directly at issue in the federal case.

4. **Timeliness:** This Notice is filed within 30 days of Defendant's receipt of the Summons (received January 14, 2026), satisfying **28 U.S.C. § 1446(b)**.

5. **Notice to State Court:** A copy of this Notice is being filed concurrently with the Clerk of the Verde Valley Justice Court pursuant to **28 U.S.C. § 1446(d)**.

DATED: January 14, 2026

_____

**Daniel T. Doria** Defendant, Pro Se

Daniel T. Doria

Plaintiff, Pro Se
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

CERTIFICATE OF SERVICE

I certify under penalty of perjury, that the foregoing document was served to defendant's counsel via email at the following email address or addresses on January 14, 2026:

Brittney@hmlawfirmaz.com, and
court@hmlawfirmaz.com


s/Daniel T. Doria
Daniel T. Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326