IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T. Doria,<br><br>            Plaintiff,<br><br>v.<br><br>Happy Jack Lodge LLC, *et al.*,<br><br>            Defendants. | No. CV-26-08003-PCT-JJT<br><br>**ORDER** |

Before the Court is *pro se* Plaintiff Daniel T. Doria's Notice of Service of Court Order ("Notice") (Doc. 18) and Motion for Service of Process by United States Marshal ("Motion") (Doc. 19). In the Notice, Plaintiff advises that he served the Court's Order (Doc. 13) upon Defendants by electronic mail. Service by e-mail is improper as a means of service under Federal Rule of Civil Procedure 5(b). Accordingly, the Court will strike Plaintiff's Notice (Doc. 18). As for the Motion, the Court already screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2) (Doc. 12) and will grant the Motion under § 1915(d).

**IT IS THEREFORE ORDERED** striking Plaintiff's Notice of Service of Court Order (Doc. 18).

**IT IS FURTHER ORDERED** granting Plaintiff's Motion for Service of Process by United States Marshal (Doc. 19).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to Plaintiff a service packet including this Order, the First Amended Complaint for Declaratory and

1  Injunctive Relief and Damages (Doc. 10), a Summons form for each Defendant, and the
2  Court's prior Orders (Docs. 12, 13).

**IT IS FURTHER ORDERED** that Plaintiff shall complete and return the service packet to the Clerk of Court within 30 days of the date of this Order. The U.S. Marshal will not provide service of process if Plaintiff fails to comply with this Order.

**IT IS FURTHER ORDERED** that the U.S. Marshal shall serve a copy of the First Amended Complaint for Declaratory and Injunctive Relief and Damages (Doc. 10), Summons, and the Court's prior Orders (Docs. 12, 13) on Defendants as designated by Plaintiff.

Dated this 30th day of January, 2026.

Honorable John J. Tuchi
United States District Judge