FILED ___ LODGED
RECEIVED ___ COPY

FEB 04 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| | |
| **DANIEL T. DORIA,**<br><br>Plaintiff,<br><br>V.<br>**ROBERT HAWS,**<br>**MICHAEL MONGINI**, )<br>(Fair Housing Act, Civil Rights Conspiracy,<br>**GUST ROSENFELD, P.L.C.,** ) Arizona RV Act Retaliation, Abuse of Process)<br>**HAPPY JACK LODGE, LLC,** )<br>**COTTONWOOD SPRINGS RV, LLC**, and **BRITTNEY WALSH,** )<br><br>Defendants. | Case No.: 3:26-CV-08003-JJT<br><br>**NOTICE OF SERVICE OF COURT ORDER (DOC. 13)**<br><br>Assigned to:<br><br>The Honorable Judge John J. Tuchi |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that in compliance with the Court's Order filed January 22, 2026 (Doc. 13), Plaintiff has served a copy of said Order upon the Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 31, 2026**, I served a true and correct copy of the **Order (Doc. 13)** via **U.S. Mail**, addressed to the Defendants through their counsel or agents of record:

Happy Jack Lodge LLC & Cottonwood Springs RV LLC
Michael Mongini
125 E Elm Ave
Flagstaff, AZ 86001

Robert Haws
1 E Washington St Suite 1600
Phoenix, AZ 85004

Gust Rosenfeld P.L.C.
Sean P. O'Brien
1 E Washington St Ste 1600
Phoenix, AZ 85004

Brittney Walsh
1560 E Cherry St Ste 203
Cottonwood, AZ 86326

Respectfully submitted, *January 31, 2026*

_____

**Daniel T. Doria** Plaintiff, Pro Se