IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Daniel T. Doria,

        Plaintiff,

v.

Happy Jack Lodge LLC, *et al.*,

        Defendants.

No. CV-26-08003-PCT-JJT

**ORDER**

Before the Court is *pro se* Plaintiff Daniel T. Doria's Notice of Service of Court Order ("Notice") (Doc. 21). Plaintiff advises that he mailed the Court's standard order located at docket entry 13 to Defendants. (*Id*. at 2.) Even so, this does not satisfy Plaintiff's service obligations set forth in the Court's most recent Order located at docket entry 20. The Court takes no action on the Notice but clarifies that Plaintiff's obligations and time to perform those obligations set forth in the Order at docket entry 20 remain unaffected.

**IT IS ORDERED** that Plaintiff's obligations set forth in Doc. 20 remain unaffected.

Dated this 5th day of February, 2026.

Honorable John J. Tuchi
United States District Judge