Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

```
          FILED    ___ LODGED
   ___ RECEIVED    ___ COPY

         FEB 1 7 2026

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **DANIEL T. DORIA,**<br><br>Plaintiff,<br><br>V.<br>**ROBERT HAWS,**<br>**MICHAEL MONGINI,** )<br>(Fair Housing Act, Civil Rights Conspiracy,<br>**GUST ROSENFELD,**<br>**P.L.C.,** ) Arizona RV Act Retaliation, Abuse of Process)<br>**HAPPY JACK LODGE, LLC,** )<br>**COTTONWOOD SPRINGS RV, LLC,** and **BRITTNEY WALSH,** )<br><br>Defendants. | Case No.: 3:26-CV-08003-JJT<br><br>**NOTICE OF SERVICE OF COURT ORDER (DOC. 13)**<br><br>Assigned to:<br><br>The Honorable Judge John J. Tuchi |

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: LRCiv 5.4
(Rule Number/Section)

TO THE CLERK OF THE COURT AND ALL PARTIES:

**PLEASE TAKE NOTICE** that in compliance with the Court's Order filed January 22, 2026 (Doc. 13), Plaintiff has served a copy of said Order upon the Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that on **February 13, 2026**, I served a true and correct copy of the **Order (Doc. 13)** via **CERTIFIED U.S. Mail**, signature required, addressed to the Defendants through their counsel or agents of record:

Happy Jack Lodge LLC, Cottonwood Springs RV LLC,
Michael Mongini
125 E Elm Ave
Flagstaff, AZ 86001

Robert Haws,
1 E Washington St Suite 1600
Phoenix, AZ 85004

Gust Rosenfeld P.L.C.
Sean P. O'Brien
1 E Washington St Ste 1600
Phoenix, AZ 85004

Brittney Walsh,
1560 E Cherry St Ste 203
Cottonwood, AZ 86326

Respectfully submitted, *January 31, 2026*

---

**Daniel T. Doria** Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T. Doria, | No. CV-26-08003-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Happy Jack Lodge LLC, *et al.*, | |
| Defendants. | |

This matter having recently come before this Court,

**IT IS HEREBY ORDERED** that motions to dismiss pursuant to Fed. R. Civ. P. 12(b) and motions to strike pursuant to Fed. R. Civ. P. 12(f) are discouraged if the defect that would be the subject of the motion can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss or motion to strike to determine whether it can be avoided. Consequently, motions to dismiss and motions to strike must be accompanied by a separately-filed notice of certification of conferral, stating that the parties have conferred to determine whether an amendment could cure a deficient pleading and that they have been unable to agree that the pleading is curable by a permissible amendment. **The Certification of Conferral shall include a brief summary of the issues the parties discussed but were unable to resolve.** In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Rule 16 Scheduling Conference or within the time set for the Rule 16 Case Management Order.

Case 3:26-cv-08003-JJT    Document 13    Filed 01/22/26    Page 2 of 2

Motions to dismiss and motions to strike that are not accompanied by the required certification are subject to striking on the Court's own motion.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Order on Defendants.

Dated this 22nd day of January, 2026.

                                          Honorable John J. Tuchi
                                          United States District Judge