

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVR 5.4
(Rule or Section)

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

401 W WASHINGTON ST, PHOENIX, AZ 85003

| | |
|---|---|
| **DANIEL T. DORIA,**<br><br>Plaintiff,<br><br>V.<br><br>**ROBERT HAWS, MICHAEL MONGINI,** )<br>(Fair Housing Act, Civil Rights Conspiracy,<br>**GUST ROSENFELD, P.L.C.,** )<br>) Arizona RV Act Retaliation, Abuse of Process)<br>**HAPPY JACK LODGE, LLC,** )<br>**COTTONWOOD SPRINGS RV, LLC,** and **BRITTNEY WALSH,** )<br><br>Defendants. | Case No.: 3:26-CV-08003-JJT<br><br>**NOTICE OF ERRATA**<br><br>Assigned to:<br><br>The Honorable Judge John J. Tuchi |

**TO THE HONORABLE JUDGE JOHN J. TUCHI AND ALL PARTIES OF RECORD:**

Plaintiff Daniel T. Doria, proceeding *pro se*, respectfully submits this Notice of Errata to correct a factual error contained within Plaintiff's First Amended Complaint, which was filed with the Court on January 20, 2026 (Docket No. 10).

Upon further review of the records, Plaintiff discovered an inaccuracy in Paragraph 8 regarding Defendant Robert Haws. To ensure complete candor with the Court and strict compliance with Federal Rule of Civil Procedure 11, Plaintiff hereby retracts the erroneous clause.

The correction is as follows:

- **Original Text in Paragraph 8:** "Defendant Robert Haws is an attorney and equity partner at Gust Rosenfeld, P.L.C., who previously served as opposing counsel in *Yavapai College v. Doria* and received professional discipline for ex parte communication with the court. Upon information and belief, Haws subsequently involved himself in this housing dispute in coordination with his partner, Defendant Mongini, and took actions adverse to Plaintiff reflecting personal animus arising from the prior case."
- **Corrected Text in Paragraph 8:** "Defendant Robert Haws is an attorney and equity partner at Gust Rosenfeld, P.L.C., who previously served as opposing counsel in *Yavapai College v. Doria*. In connection with his ex parte communication with the court in that matter, Haws was placed on a six-month, non-public diversion program. While this private diversion program is not classified as formal professional discipline, it served as a punitive consequence for his conduct. The underlying Bar complaint against him may have been dismissed upon completion, but only Defendant Haws can confirm that to be true. Upon information and belief, Haws subsequently involved himself in this housing dispute in coordination with his partner, Defendant Mongini, and took actions

adverse to Plaintiff reflecting personal animus arising from the prior case."

Plaintiff respectfully requests that the Court note this correction to the record. No other changes have been made to the First Amended Complaint, and this correction does not alter the underlying causes of action presented therein.

RESPECTFULLY SUBMITTED this 3rd day of March, 2026.

**DANIEL T. DORIA** Plaintiff, Pro Se

Daniel T. Doria
Plaintiff Pro Se
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
702-279-5326
danieldoria105@yahoo.com

CERTIFICATE OF SERVICE

I certify under penalty of perjury that this document was mailed electronically to the email addresses of record for Defendant(s) at:

brittney@hmlawfirmaz.com
court@hmlawfirmaz.com
spobrien@gustlaw.com
rhaws@gustlaw.com
mmongini@gustlaw.com

Respectfully submitted this 3rd day of March, 2026.

s/ Daniel T. Doria
Daniel T. Doria