IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T. Doria,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Happy Jack Lodge LLC, *et al.*,<br><br>　　　　　Defendants. | No. CV-26-08003-PCT-JJT<br><br>**ORDER** |

　　　　Before the Court is *pro se* Plaintiff Daniel T. Doria's Notice of Errata (Doc. 27). A notice of errata cannot function as an amended complaint, and to the extent Plaintiff seeks to correct defects of his pleading, he must follow the local rules and Federal Rules of Civil Procedure on amendments.

　　　　**IT IS ORDERED** striking Plaintiff's Notice of Errata (Doc. 27). The operative complaint remains the First Amended Complaint for Declaratory and Injunctive Relief and Damages currently filed at docket entry 10.

　　　　Dated this 16th day of March, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge