THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIVLR 54_
(Rule Number/Section)

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

✓ FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 3 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
401 W WASHINGTON ST. PHOENIX, AZ 85003

| | |
|---|---|
| **DANIEL T. DORIA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT HAWS, MICHAEL MONGINI,** )<br>(Fair Housing Act, Civil Rights Conspiracy,<br>**GUST ROSENFELD, P.L.C.,** ) Arizona RV Act Retaliation, Abuse of Process)<br>**HAPPY JACK LODGE, LLC,** )<br>**COTTONWOOD SPRINGS RV, LLC,** and **BRITTNEY WALSH,** )<br><br>Defendants. | Case No.: 3:26-cv-08003<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY AND WAIVER OF FED. R. EVID. 408**<br><br><br>Judge: The Honorable John J. Tuchi |

1. Plaintiff Daniel T. Doria hereby provides Notice to the Court of supplemental authority regarding the Defendants' internal admissions of fact and their subsequent waiver of evidentiary privileges:

2. 1. Waiver of Fed. R. Evid. 408

3. On March 20, 2026, Defendant Happy Jack Lodge, LLC, through counsel Brittney Walsh, filed a Reply in Yavapai County Superior Court (Case No. S1300CV202580488) which explicitly disclosed and relied upon Rule 408 settlement communications to argue Plaintiff's "motives". By introducing these protected communications into a public judicial record, the Defendants have waived the shield of Rule 408 regarding the related negotiations in this matter.

4. 2. Admission of "Amenability" to Factual Corrections

5. Plaintiff provides as supplemental authority a March 18, 2026, letter from Gust Rosenfeld's General Counsel, Sèan O'Brien. In this communication, the Defendants admitted they were "amenable" to submitting Sworn Declarations under penalty of perjury regarding the central factual disputes of this case—specifically the "Phantom Injunction" and Plaintiff's status under the Arizona RV Act.

6. 3. Relevance to Pending Issues

7. This admission of "amenability" is directly relevant to the Defendants' pending defenses and any claims of "frivolousness". It demonstrates that the

s/ **Daniel T. Doria** Plaintiff Pro Se

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood AZ 86326

0013633289000011
UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
401 w Washington st
Phoenix AZ 85003
USA

# See Important Information Enclosed