**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Daniel T. Doria | COURT CASE NUMBER 3:26-CU-08003 |
|---|---|
| DEFENDANT Michael Mongini et al. | TYPE OF PROCESS Summons/Complaint/Order. |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Michael Mongini

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

125 E. Elm Ave, Flagstaff, AZ 86001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Daniel T. Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                    Fold

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 702-279-5326 | 2-19-26 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 4/6 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 2/26/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 3/31/26 | Time 2:30 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

Signed waiver received.

☑ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

MAR 3 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

Daniel T. Doria _____ )
    *Plaintiff*                   )
                                  )
v. ~~_____~~ (Brittney Walsh etal.) )    Civil Action No. 3:26-CV-08003
    *Defendant*                   )
                                  )

## WAIVER OF THE SERVICE OF SUMMONS

To: __Daniel T. Doria_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __27 February 2026__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __3/25/2026__

__Michael Mongini_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

__Brittney K Walsh__
*Printed name*

__1560 E. Cherry St. Ste 203, Cottonwood, AZ 86326__
*Address*

__brittney@HMLawfirmaz.com__
*E-mail address*

__928-554-2070__
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.