# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Daniel T. Doria,

      Plaintiff,

v.

Happy Jack Lodge LLC, *et al.*,

      Defendants.

No. CV-26-08003-PCT-JJT

**ORDER**

Before the Court are *pro se* Plaintiff Daniel T. Doria's four recent notices regarding "supplemental authority," "evasive conduct by Defendant Mongini," and "waiver." (Docs. 38–41). In one of the purported "notices," Plaintiff merely files documents from a state court action and settlement correspondence, apparently wanting this Court to interpret the significance of those documents itself. (*See* Doc. 41.) These notices contain no request for relief and appear to either supplement Plaintiff's earlier filings that were already denied by the Court's recent order (*see* Doc. 37) or assert improperly pled allegations against one or more defendants.

There are many instances in which a notice would be appropriate and authorized by rule or statute (*e.g.*, notice of filing an amended pleading pursuant to Local Rule of Civil Procedure 15.1(b)), but Plaintiff points to no authority, and the Court is aware of none, that permits him to file his recent barrage of documents. Because these notices are unauthorized, the Court will strike them. Plaintiff shall refrain from this practice in the future because it "may cause the Court to overlook legitimate requests for court action,

which are properly captioned as motions, and wastes the time spent ferreting through such notices to look for motions." *Getzen v. Ryan*, No. CV 19-00349-TUC-CKJ, 2019 WL 11075856, at *2 (D. Ariz. Aug. 7, 2019).

**IT IS ORDERED** striking Plaintiff's Notice of Filing Exhibits in Support of Supplemental Authority; Notice of Actual Notice and Evasive Conduct by Defendant Michael Mongini; Notice of Supplemental Authority and Waiver of Fed. R. Evid. 408, and the documents located at docket entry 41. (Docs. 38, 39, 40, 41).

Dated this 1st day of April, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -