# EXHIBIT A

# EXHIBIT A

FILED

JAN 1 4 2026

VERDE VALLEY
JUSTICE COURT

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

VERDE VALLEY JUSTICE COURT IN AND FOR

THE COUNTY OF YAVAPAI
10 S 6th St Cottonwood, AZ 86326

| | |
|---|---|
| ~~DANIEL T. DORIA~~ Cottonwood Springs RV LLC<br>Plaintiff,<br><br>v.<br>Daniel T. Doria<br>~~HAPPY JACK LODGE, LLC;~~<br><br>~~ROBERT HAWS;~~<br><br>~~GUST ROSENFELD P.L.C.;~~<br><br><br>Defendants, | **Case No.:** J1302CV2026000011<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Assigned to:<br><br>**The Honorable David P. Gordon** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on January 14, 2026, Defendant Daniel T. Doria filed a

**Notice of Removal** in the United States District Court for the District of Arizona,

removing this action to federal jurisdiction.

A true and correct copy of the Notice of Removal is attached hereto.

Pursuant to **28 U.S.C. § 1446(d)**: *"Promptly after the filing of such notice of removal of a*

*civil action... the defendant or defendants shall give written notice thereof to all adverse*

*parties and shall file a copy of the notice with the clerk of such State court, which shall*

*effect the removal and **the State court shall proceed no further unless and until the case***

***is remanded."***

**YOU ARE HEREBY NOTIFIED** that this Court is divested of jurisdiction, and the

hearing scheduled for January 21, 2026, **cannot proceed**.

DATED: January 14, 2026

---

**Daniel T. Doria** Defendant, Pro Se

Daniel T. Doria

Plaintiff, Pro Se
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

CERTIFICATE OF SERVICE

I certify under penalty of perjury, that the foregoing document was served to defendant's counsel via email at the following email address or addresses on January 14, 2026:

Brittney@hmlawfirmaz.com, and
court@hmlawfirmaz.com

s/Daniel T. Doria
Daniel T. Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **DANIEL T. DORIA,** | **Case No.:** 3:26-CV-08003-JJT |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION (28 U.S.C. §§ 1331, 1441, 1446)** |
| v. | |
| **HAPPY JACK LODGE, LLC;** | Assigned to: |
| **ROBERT HAWS;** | The Honorable Judge John J. Tuchi |
| **GUST ROSENFELD P.L.C.;** | |
| Defendants. | |

**TO: THE CLERK OF THE U.S. DISTRICT COURT AND ALL PARTIES**

PLEASE TAKE NOTICE that Defendant Daniel T. Doria ("Defendant") hereby removes to this Court the state court action described below:

1. **State Court Action:** *Cottonwood Springs RV, LLC v. Daniel T. Doria*, Case No. **J1302CV2026000011**, pending in the Verde Valley Justice Court, Yavapai County, Arizona.

2. **Basis for Removal:** This action is removable under **28 U.S.C. § 1441** because it involves a federal question under the **Fair Housing Act (42 U.S.C. § 3601 et seq.).**

3. **Supplemental Jurisdiction:** This eviction action arises from the same nucleus of operative facts as the currently pending federal litigation in this Court, *Doria v. Happy Jack Lodge, LLC*, Case No. **3:26-cv-08003-JJT**. The state court eviction is a retaliatory action directly at issue in the federal case.

4. **Timeliness:** This Notice is filed within 30 days of Defendant's receipt of the Summons (received January 14, 2026), satisfying **28 U.S.C. § 1446(b)**.

5. **Notice to State Court:** A copy of this Notice is being filed concurrently with the Clerk of the Verde Valley Justice Court pursuant to **28 U.S.C. § 1446(d)**.

DATED: January 14, 2026

---

**Daniel T. Doria** Defendant, Pro Se

Daniel T. Doria

Plaintiff, Pro Se
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

CERTIFICATE OF SERVICE

I certify under penalty of perjury, that the foregoing document was served to defendant's counsel via email at the following email address or addresses on January 14, 2026:

Brittney@hmlawfirmaz.com, and
court@hmlawfirmaz.com


s/Daniel T. Doria
Daniel T. Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

# EXHIBIT B

EXHIBIT B

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
01/19/2026  6:56PM
BY: VCANTU
DEPUTY

Daniel T. Doria, Pro Se
989 S Main St. Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

SUPERIOR COURT OF ARIZONA IN AND FOR

THE COUNTY OF YAVAPAI

| | |
|---|---|
| **Daniel T. Doria** | **Case No.:** S1300CV202580488 |
| Plaintiff, | **TITLE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **Happy Jack Springs LLC, & Cottonwood Springs RV LLC** | **Assigned to:** |
| | **The Honorable Judge Linda A. Wallace** |
| Defendants | |

Pursuant to **Ariz. R. Civ. P. 41(a)(1)(A)(i)**, Plaintiff Daniel T. Doria hereby voluntarily dismisses this action in its entirety, **without prejudice**.

**Reason for Dismissal:** Plaintiff has incorporated the claims regarding retaliation and violations of the Arizona RV Long-Term Rental Space Act into his active Federal Lawsuit, *Doria v. Happy Jack Lodge, et al.*, Case No. 3:26-cv-08003-JJT, currently pending in the U.S. District Court for the District of Arizona.

Dismissal of this State Court action will preserve judicial economy, prevent duplicative litigation, and allow all matters to be adjudicated in a single federal forum.

DATED this 19th day of January, 2026.

s/ Daniel T. Doria

---

Daniel T. Doria

Plaintiff, Pro Se
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326

CERTIFICATE OF SERVICE

I certify under penalty of perjury, that the foregoing document was served to defendant's counsel via email at the following email address or addresses on January 14, 2026:

Brittney@hmlawfirmaz.com, and
court@hmlawfirmaz.com


s/Daniel T. Doria
Daniel T. Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
danieldoria105@yahoo.com
702-279-5326