**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DANIEL T. DORIA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HAWS, MICHAEL MONGINI, ) (Fair Housing Act, Civil Rights Conspiracy, GUST ROSENFELD, P.L.C.,) Arizona RV Act Retaliation, Abuse of Process) HAPPY JACK LODGE, LLC, ) COTTONWOOD SPRINGS RV, LLC, and BRITTNEY WALSH, ) <br><br> Defendants. | Case No.  3:26-cv-08003 <br><br><br> **ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING SUPERIOR COURT JUDGMENT** |

The Court having considered Defendants' Motion to Stay Proceedings Pending Superior Court Judgment, as well as all responses and replies filed herein, and good cause appearing,

IT IS HEREBY ORDERED granting Defendants' Motion to Stay Proceedings.

IT IS HEREBY FURTHER ORDERED that because this cause of action poses a risk of inconsistent findings by the various courts involved, and because the concurrent litigation initiated by Plaintiff Daniel Doria in Superior Court has pending Motions for

1

Summary Judgment filed before this action was commenced, "justice so requires" a stay pending resolution of these issues in the Superior Court.

IT IS HEREBY FURTHER ORDERED the parties shall file status reports every 30 days from the date of this Order.

IT IS FURTHER ORDERED setting this matter for review or Status Conference on _____, 2026, at _____ ____.m.

DATED this _____ day of _____, 2026.


By:_____
        Hon. John J. Tuchi
        United States District Judge