# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T. Doria, | No. CV-26-08003-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Happy Jack Lodge LLC, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation to Extend the Answer or Responsive Pleading Deadline (Doc. 50). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend the Answer or Responsive Pleading Deadline (Doc. 50).

**IT IS FURTHER ORDERED** extending the deadline for an answer or responsive pleading until the Court's ruling on Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 48) and the Court's screening of the proposed Second Amended Complaint (Lodged at Doc. 49).

Upon the Court's rulings, Defendants Gust Rosenfeld P.L.C. and Robert Haws shall file an answer or responsive pleading within the time contemplated by Fed. R. Civ. P. 15(a)(3).

Dated this 24th day of April, 2026.

_____
Honorable John J. Tuchi
United States District Judge