# *Doria v. Haws, et al.*
## United States District Court, District of Arizona
## Case No. 3:26-cv-08003-JJT

### Index Of Exhibits Re: Supplemental Brief In Support Of
### Motion to Stay Proceedings Pending Superior Court Judgment

Exhibit A.    Verified Complaint for Declaratory Judgment, Breach of Contract, and Permanent Injunction; Filed December 1, 2025; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit B.    Notice of Appearance; Filed December 15, 2025; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit C.    First Amended Verified Complaint; Filed December 15, 2025; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit D.    12/29/26 Transcript of Hearing re Evidentiary Hearing; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit E.    01/05/2026 Ruling; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit F.    Plaintiff's Motion for Partial Summary Judgment (Liability); Filed December 30, 2025; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit G.    Defendant's Response to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment; Filed May 6, 2026; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit H.    04/22/2026 Order; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit I.    01/21/2026 Judgment; Verde Valley Justice Court, County of Yavapai, Case No. J1302CV2026000011

Exhibit J.    01/21/2026 Transcript of Hearing re Eviction Hearing; Verde Valley Justice Court, County of Yavapai, Case No. J1302CV2026000011

Exhibit K.    Defendants Responses to Plaintiff's Requests for Admissions; Dated January 26, 2026; Yavapai County Superior Court, Case No. S1300CV202580488

1

Exhibit L.  Defendants Responses to Plaintiff's Interrogatories; Dated January 26, 2026; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit M.  Defendants Responses to Plaintiff's Requests for Production; Dated January26, 2026; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit N.  Plaintiff's Verified Initial Disclosure Statement; Dated December 24, 2025 Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit O.  Defendants Motion to Deem Plaintiff a Vexatious Litigant Under A.R.S. § 12-3201; Filed February 27, 2026; Yavapai County Superior Court, Case No. S1300CV202580488

Exhibit P.  08/20/25 Order [Doc. 63]; *Doria v. Yavapai College District Governing Board, et al.*, United States District Court, District of Arizona, No. CV-25-08043-PCT-MTL

Exhibit Q.  04/23/2026 Email between Plaintiff Daniel Doria and Attorney Brittney Walsh; Redacted

2