# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Daniel T. Doria,

      Plaintiff,

v.

Happy Jack Lodge LLC, *et al.*,

      Defendants.

No. CV-26-08003-PCT-JJT

**ORDER**

At issue is the Stipulation to Extend Answer or Responsive Pleading Deadline (Second Request) (Doc. 60) filed by Plaintiff and Defendants Michael Mongini, Brittney K. Walsh, Cottonwood Springs, LLC and Happy Jack Lodge, LLC. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation to Extend Answer or Responsive Pleading Deadline (Second Request) (Doc. 60) and extending the deadline for an answer or responsive pleading to Plaintiff's Second Amended Complaint (Doc. 57) until **May 22, 2026**.

Dated this 15th day of May, 2026.

Honorable John J. Tuchi
United States District Judge