Brittney K. Walsh, Esq.
State Bar No. 035279
**H & M LAW, PLLC**
P.O. Box 3700
Cottonwood, Arizona 86326
(928) 554-2070 office
(928) 438-0866 fax
court@hmlawfirmaz.com

Attorneys for Defendants Michael Mongini, Brittney K. Walsh, Cottonwood Springs, LLC and Happy Jack Lodge, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel T. Doria,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Haws; Michael Mongini; Gust Rosenfeld PLC; Happy Jack Lodge, LLC; Cottonwood Springs RV, LLC; and Brittney Walsh,<br><br>Defendants. | Case No. 3:26-cv-08003-JJT<br><br>**DEFENDANT HJL'S RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS HAWS AND GUST ROSENFELD PLC** |

Defendants Michael Mongini, Brittney K. Walsh, Cottonwood Springs, LLC and Happy Jack Lodge, LLC (collectively "HJL"), by and through counsel undersigned submit their non-opposition to Plaintiff's Notice of Voluntary Dismissal of Defendants Haws and Gust Rosenfeld PLC (Doc. No. 80). Not only should Defendants Gust Rosenfeld PLC and Robbert Haws be dismissed, but justice also requires dismissal of all the Defendants and the fabricated conspiracy claims.

Because the evidence and Plaintiff's under oath testimony provided to the Yavapai County Superior Court contradict Plaintiff's perjurious claims to this Court, the Complaint should be dismissed in its entirety with costs and fees to Defendants.

RESPECTFULLY SUBMITTED this 15th day of October, 2026.

**H & M LAW, PLLC**

By: */s/ Brittney K. Walsh*
Brittney K. Walsh
Attorneys for Defendants Michael Mongini, Brittney K. Walsh, Cottonwood Springs, LLC and Happy Jack Lodge, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Daniel T. Doria
989 S. Main St Ste A PMB 407
Cottonwood, AZ 863236
danieldoria105@yahoo.com; dtdoria75@gmail.com
Plaintiff, *Pro Se*

Sean P. O'Brien
John A. Butzer
GUST ROSENFELD P.L.C.
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
spobrien@gustlaw.com
jbutzer@gustlaw.com
Attorneys for Defendants
Gust Rosenfeld P.L.C. and Robert Haws

By: *\/s/ Kristie Kellerhals*